Dismissed and Memorandum Opinion filed October 11, 2007








Dismissed
and Memorandum Opinion filed October 11, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00437-CV

____________

 

GEORGE WEINBAUM, Appellant

 

V.

 

NANCY BROWN and TROY SPENCER, Appellees

 



 

On Appeal from the
334th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-11565-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 9, 2007.  On October 3, 2007, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
11, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.